JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRACY WENDELL ADAMS, <br><br> Petitioner, <br><br> v. <br><br> DOERER, <br><br> Respondent. | No. CV 23-09875-GW (DFM) <br><br> JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition Without Prejudice for Lack of Jurisdiction,

IT IS ADJUDGED that this action is dismissed without prejudice for lack of jurisdiction.

Date: April 4, 2024

_____
GEORGE H. WU
United States District Judge